**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION**

**JAMES L. MULLINS, III,**

    **Plaintiff,**

**v.**

**FRANK BISIGNANO,**
*Commissioner of the Social
Security Administration,*

    **Defendant.**

**Case No. 4:25-cv-1329-HDM**

## MEMORANDUM OPINION AND ORDER

Plaintiff James L. Mullins, III, commenced this action pursuant to 42 U.S.C. § 405(g) to seek judicial review of a final decision of the Social Security Administration. (Doc. 1, ¶ 1). Defendant Frank Bisignano, Commissioner of the Social Security Administration, filed the certified transcript of Mullins's claim, (doc. 10), and now seeks an entry of judgment under sentence four of 42 U.S.C. § 405(g), with reversal and remand of the case for further administrative proceedings, (doc. 19). Upon remand, Mullins—who does not oppose the motion—will have "an opportunity for a supplemental hearing and [the Social Security Administration will] issue a new decision." *Id.* at 1.

Under sentence four, the court has the "power to enter, upon the pleadings and transcript of the record, a judgment affirming, modifying, or reversing the decision

of the Commissioner of Social Security, with or without remanding the cause for a rehearing." 42 U.S.C. § 405(g). When a court reverses and remands a Social Security appeal under sentence four, it must enter a separate final judgment. *Shalala v. Schaefer*, 509 U.S. 292, 297 (1993); *Allen v. Soc. Sec. Admin.*, No. 7:22-cv-374, 2025 WL 1688615, at *1 (N.D. Ala. June 16, 2025).

The court finds that a reversal and remand under sentence four is appropriate. Accordingly, Defendant Commissioner Frank Bisignano's Unopposed Motion for Entry of Judgment With Remand of the Cause, (doc. 19), is **GRANTED.** Pursuant to sentence four of 42 U.S.C. § 405(g), the Commissioner's final decision denying benefits to Plaintiff James L. Mullins, III, is **REVERSED** and this matter is **REMANDED** to the Social Security Administration for further proceedings. The court will enter a separate final judgment.

**DONE** and **ORDERED** on March 31, 2026

**HAROLD D. MOOTY III**
UNITED STATES DISTRICT JUDGE